UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LOCAL 888 UFCW,

**JUDGE KARAS**

                     Plaintiffs,

      - against -

**08 CIV 4982**

**FED. R. CIV. PRO. 7.1**

L.A.S REPLACEMENT PARTS, INC.,

                     Defendant.

-------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrates of the court to evaluate disqualification or recusal, the undersigned attorney of

record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of

that party.

None

Dated: April 26, 2008

                                          Bryan C. McCarthy, Esq. (BM 8495)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____